KAREN P. HEWITT
United States Attorney
JOSEPH K. WHEATLEY
Special Assistant United States Attorney
Trial Attorney, U.S. Department of Justice
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6882 c/o Stephanie Delgadillo
Email Joe.Wheatley@usdoj.gov
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN L. ARONSON,<br>a/k/a Martin Smith,<br><br>Defendant. | Criminal Case No. 08-CR-00158-JAH<br><br><br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States v. Martin Lee Aronson, Criminal Case No. 07-CR-1312-JAH.

DATED: January 23, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Joseph K. Wheatley

JOSEPH K. WHEATLEY
Special Assistant U.S. Attorney
Trial Attorney, U.S. Department of Justice